[Crim. No. 1411.  In Bank.—April 20, 1908.]

THE PEOPLE, Respondent, v. DELFINE ALBITRE, Appellant.

APPEAL—CRIMINAL LAW—FAILURE TO FILE BRIEF OR APPEAR ON ARGU-MENT.—The failure of the appellant in a criminal case to file a brief on his appeal or to appear on oral argument is sufficient reason for affirming the judgment and order refusing a new trial appealed from.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. B. N. Smith, Judge.

The facts are stated in the opinion of the court.

No appearance for Appellant.

U. S. Webb, Attorney-General, for Respondent.

THE COURT.—The defendant was convicted of murder in the first degree, and adjudged to suffer death. He appeals from the judgment and from an order denying his motion for a new trial. No brief having been filed in support of the appeal, the matter was submitted by the attorney-general upon the transcript, without oral argument, there being no appearance for defendant. The failure of defendant to file a brief or to appear on oral argument constitutes under our law sufficient reason for affirming the judgment and order. (Pen. Code, sec. 1253.) We have, however, carefully examined the record. The evidence contained therein amply warranted the verdict, and there is nothing to indicate that any substantial error was committed in the proceedings of the trial court.

The judgment and order are affirmed.